PLEASE PRINT LEGIBLY – this is a legal document

**SWORN COMPLAINT FOR FORCIBLE ENTRY AND DETAINER**

Received 1/6/2023 9:55 AM
Judge Vincent J. Venegoni
Collin County, Texas

**Cause #:** 04-EV-23-00117    **Court Date:** January 26, 2023 at 1:30pm

**Plaintiff(s):** SPS Owner LLC
(Landlord as Stated in Lease)

§ IN THE JUSTICE COURT

VS

§ Precinct 4

**Defendant(s):** Raheem Ward

§ COLLIN COUNTY, TEXAS

And All Other Occupants

**(All persons listed on lease must be named)**

**COMPLAINT:** Plaintiff (Landlord) hereby complains of the defendant(s) named above for forcible detainer plaintiff's premises located in **Collin County Justice of the Peace Precinct 4** to wit:

| 470 Adriatic Pkwy | Apt 2209 | MCKINNEY, TX, 75072 | 940-783-5409 |
|---|---|---|---|
| Street Address | Apartment # | City, State, Zip | Phone # |

Gate Code: N/A

Unattached property address (ie: Garage or storage building)

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service under Rule 510.4. If necessary, alternative service is requested under Rule 510.4(c).

**GROUNDS FOR EVICTION:**

**UNPAID RENTS:** Defendant(s) failed to pay the following rent which was demanded by Plaintiff and which is still unpaid (use separate line for each month – DO NOT INCLUDE late fees or other non-rent sums, attach additional page if necessary):

Amount of rent $ 4,042.00    due date: 1st    Month: November, 2022

Amount of rent $_____    due date:_____    Month:_____

Amount of rent $_____    due date:_____    Month:_____

What is monthly rental amount as shown in the lease: $ 2,021.00    (do not include non-rent fees or add-ons)

Other grounds for eviction:_____

**NOTICE:** Written notice to vacate and demand for possession was given on 12/05/2022
in the following manner: (Check One)    ☐ Certified Mail    ☐ Regular Mail    ☐ Delivery in Person
☒ Other Posted inside door

The lease is (check one):    ☒ Written    ☐ Oral

**HOLDOVER:** Defendant(s) are unlawfully holding over since they failed to vacate at the end of the rental term or renewal or extension period, which was on the _____ day of _____, _____.

**REQUEST FOR JUDGMENT:** Plaintiff prays that defendant(s) be served with a citation and that plaintiff have Judgment against defendant(s) for:
☒ Possession of the premises, including removal of defendants and defendant's possessions from premises
☒ Pay rents owed in the amount of $ 4,042.00, plus all rents accruing through the date of Judgment.
☒ Pay court costs.    $_____
☐ Pay reasonable attorney's fees    $_____

Plaintiff (Landlord) or authorized agent: Dana Castelvecchi    /s/ Dana Castelvecchi

6300 La Calma Dr, Ste 150, Austin, TX 78752
Address of Plaintiff

Phone # (713)352-3162    FAX # (713)352-3162    Date 01/04/2023

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 20 23.

KELLYN KARKOS
Notary Public, State of Texas
Comm. Expires 11-12-2023
Notary ID 130439015

Clerk of the Court or Notary Public

**Evictions MUST be filed in the county and precinct where the property is located. It is your responsibility to know where to file. Filing fees are non-refundable.**