UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SPS OWNER, LLC | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:23-CV-67-SDJ |
| | § | |
| RAHEEM WARD | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 10, 2023, the Report of the Magistrate Judge, (Dkt. #5), was entered containing proposed findings of fact and recommendations that this cause be *sua sponte* remanded to state court. Having assessed the Report and the record in this case, and no objections to the Report having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that the above captioned case is hereby **REMANDED** to the Justice Court, Precinct No. 4, of Collin County, Texas.

The Clerk is instructed to close this civil action.

**So ORDERED and SIGNED this 15th day of June, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE